IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANET L. PEERY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-06-547-BA |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner, Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The Court affirms the final decision of the Defendant, the Commissioner of the Social Security Administration, and enters judgment for the Defendant and against the Plaintiff.

Dated this 18th day of May, 2007.

_____
Robert E. Bacharach
United States Magistrate Judge